UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY FRAINT,<br><br>               Plaintiff,<br><br>  v.<br><br>LOWE'S, INC.,<br><br>               Defendant. | CASE NO. 13-cv-1280-W(BLM)<br><br>ORDER GRANTING JOINT MOTION TO LIMIT DAMAGES AND REMAND TO STATE COURT [DOC. 11] |

      Pending before the Court is the parties' joint motion to limit damages and remand this case to the San Diego Superior Court, the court in which this case was originally filed as Case No. 37-2013-00031550-CU-PO-CTL. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion. (Doc. 11.)

      Accordingly, the Court **HEREBY**:

    (1)  **ORDERS** that any damages awarded in this action will not exceed $75,000.00, and the parties will comply with the provisions in their stipulation; and

1     (2)    **REMANDS** this action to the San Diego Superior Court.

2     **IT IS SO ORDERED.**

4 DATE: November 20, 2013

_____
HON. THOMAS J. WHELAN
United States District Court
Southern District of California